UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| RONALD GILL, | No. C 11-04667 LB |
| Plaintiff, | **ORDER TRANSFERRING CASE TO SAN JOSE DIVISION** |
| v. | |
| PALO ALTO POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff Ronald Gill filed this complaint against the Palo Alto, California police department for false arrest in violation of 42 U.S.C. § 1983. *See* Complaint, ECF No. 1. The city of Palo Alto is in Santa Clara County, California.

Under Civil Local Rule 3-2(c), civil actions for which this district is the proper venue shall be assigned to a courthouse serving the county in which the action arises. "A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Civ. L.R. 3-2(c). A civil action may be reassigned by the court if the action was not assigned to the proper division. Civ. L.R. 3-2(h).

As noted above, Mr. Gill's claim arises from an incident in Palo Alto, Santa Clara County, California. *See* Complaint, ECF No. 1. Under Civil Local Rule 3-2(e), all civil actions which arise in Santa Clara County shall be assigned to the San Jose division, and this action does not fall within the categories of cases subject to district-wide assignment. Civ. L.R. 3-2(c). As a result, this case

1  shall be reassigned to the San Jose Division.

2  **IT IS SO ORDERED.**

3

4  Dated: October 21, 2011



5  _____
LAUREL BEELER
United States Magistrate Judge

ORDER TRANSFERRING CASE TO SAN JOSE DIVISION
C 11-04667LB                                    2