1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RONALD GILL, | ) | Case No.: C 11-4667 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| PALO ALTO POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 20, 2011, Plaintiff Ronald Gill ("Gill") initiated this civil rights action against Defendant Palo Alto Police Department ("Defendant") and applied for leave to proceed in forma pauperis. On December 9, 2011, the court denied Gill's application on the ground that his complaint failed to state a claim upon which relief may be granted, noting that Gill may amend his complaint pursuant to Fed. R. Civ. P. 15(a)(1). Gill has yet to amend his complaint or serve Defendant.[1]

On January 3, 2012, Plaintiff Ronald Gill ("Gill") failed to appear for case management conference. Gill also failed to file the required Case Management Conference Statement.[2]

---

[1] Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs have not more than 120 days after the complaint is filed to serve Defendants.

[2] *See* Civil Local Rule 16-9; Fed. R. Civ. P. 26(f).

ORDER, *page 1*

1   Furthermore, mail sent to Gill by court staff has been returned as undeliverable.[3]

2          Because Gill has not paid the required court fees to proceed, has not served process on

3   Defendant, and has not notified the court of a change of address, the court orders as follows.

4          IT IS HEREBY ORDERED that Gill shall show cause in writing no later than January 17,

5   2012 why this case should not be dismissed for failure to prosecute.[4]

6          IT IS FURTHER ORDERED that no later than Friday, January 20, 2012, Gill must pay the

7   Northern District of California civil case filing fee and serve process on Defendant pursuant to Fed.

8   R. Civ. P. 4.

9          Failure to comply will result in dismissal of this action.

10

11  Dated: 1/5/2012

12                                    _____
                                      PAUL S. GREWAL
13                                    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[3] Civ. L.R. 3-11 requires a party proceeding in pro se to promptly notify the court of any change in address.

[4] *See* Fed. R. Civ. P. 41(b).

ORDER, *page 2*