UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RONALD GILL, | ) | Case No.: C 11-4667 PSG |
| | ) | |
| Plaintiff, | ) | **FURTHER ORDER TO SHOW CAUSE** |
| | ) | |
| v. | ) | |
| | ) | |
| PALO ALTO POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 20, 2011, Plaintiff Ronald Gill ("Gill") initiated this civil rights action against Defendant Palo Alto Police Department ("Defendant") and applied for leave to proceed in forma pauperis. On December 9, 2011, the court denied Gill's application on the ground that his complaint failed to state a claim upon which relief may be granted, noting that Gill may amend his complaint pursuant to Fed. R. Civ. P. 15(a)(1). Gill has yet to amend his complaint or serve Defendant.[1] On January 5, 2012, the court issued an order for Gill to show cause in writing why this case should not be dismissed for failure to prosecute[2] and requiring Gill to pay the Northern District of California civil case filing fee and serve process on Defendant pursuant to Fed. R. Civ. P. 4.

---

[1] Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs have not more than 120 days after the complaint is filed to serve Defendants.

[2] *See* Fed. R. Civ. P. 41(b).

ORDER, *page 1*

1 | Gill has not complied with the January 5, 2012 order to show cause. However, on February 13, 2012, Gill filed a notice of change of address with the court. In light of Gill's recent re-appearance and his pro se status, the court will allow one more opportunity for Gill to show cause why this case should not be dismissed for failure to prosecute.

IT IS HEREBY ORDERED that Gill shall show cause in writing no later than March 16, 2012 why this case should not be dismissed for failure to prosecute.

IT IS FURTHER ORDERED that no later than March 23, 2012, Gill must pay the Northern District of California civil case filing fee and serve process on Defendant pursuant to Fed. R. Civ. P. 4.

Failure to comply will result in dismissal of this action.

Dated: 2/29/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*